LMP

AO 91 (Rev. 11/11) Criminal Complaint

2022R000xx

## UNITED STATES DISTRICT COURT

for the

District of Minnesota

**FILED**

**9:22 am Feb 07 2022**

**Clerk U.S. District Court**

**Northern District of Ohio**

**Toledo**

UNITED STATES OF AMERICA

v.

MICHAEL LEE KURKOWSKI

Case No.  22-mj-140 (DTS)

3:22mj5031 NDOH

## CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On and between January 31 and February 4, 2022, in the State and District of Minnesota, the defendant Michael Lee Kurkowski, transmitted in interstate commerce any communication containing any threat to kidnap any person or any threat to injure the person of another, to wit E.K. and E.K.'s family, all in violation of Title 18, United States Code, Section 875(c).

I further state that I am a Special Agent and that this complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof:  ☒Yes  ☐ No

_____

*Complainant's signature*

SUBSCRIBED and SWORN before me
by reliable electronic means (FaceTime and
email) pursuant to Fed. R. Crim. P. 41(d)(3)
on __6th__ day of February, 2022.

Dennis L. Howe, Jr., Special Agent

*Printed name and title*

_____

*Judge's Signature*

Date:  February 6, 2022

City and State: Minneapolis, Minnesota

The Honorable David T Schultz

United States Magistrate Judge

*Printed Name and Title*