# Attachment A

Michael

Talk to me

> The worst possible thing I could do is this- I get to the girl. Get to her house. Have her, the brother and I murder the mother in front of them both. Then I let the girl decide who I rape first. Her or her brother. If she doesn't give me an answer I'll put a bullet in his head. Obv she has to know I'm being serious cuz I just murdered the mother by setting an example to her. So I rape the girl, but I make sure I have pills for this.

example to her. So I rape the girl, but I make sure I have pills for this. Because I'll make sure there is pain on her end. When Im done after how many hours it may take, I'm going to snap her fingers. But I'm going to make sure that I have her take some drugs so that she doesn't have a cardiac arrest from the pain, when She's broken and in the corner ". Im going to rape the brother but I'm going to gentle about it. Going to take my time to make sure it feels nice for him. When I'm done- I'm going to put him in front of her and tell her I can shoot him in the head and it will be an instant death or I can shoot him in the heart and you can hold him while he dies in ur arms or you can get one of your friends to

Michael

and it will be an instant death or I can shoot him in the heart and you can hold him while he dies in ur arms or you can get one of your friends to come here someone Ethan also knows and I know who he knows so no games, and when they get here I'm going to murder them. And we're going to keep going until I feel that there lives equal your brothers. When

there lives equal your brothers. When we're done we're going on a trip to His house. Your going to act the part. Your going to lure his sister out of that house and we're gonna use her to get in that house. Then etc we're in the house and it's quite a few to subdue but that won't be hard. Two are already slave to the fear. The rest will see that fear in there eyes it will be a domino effect, I'm going to take his sister and I'm going to cut open her chest and pull out her heart and give it to my Ex. But first I'm going to tell the parents no parent should watch there child die and I'm going to kill them first. Im going to murder his

will see that fear in there eyes it will be a domino effect, I'm going to take his sister and I'm going to cut open her chest and pull out her heart and give it to my Ex. But first I'm going to tell the parents no parent should watch there child die and I'm going to kill them first. Im going to murder his brother- by castrating him. Blood loss will take time but it will happen and when only those three are left; I'm going up to the girl and I'm going to tell her this, it's either you or your brother, and I'm going to put the gun



Michael

be a domino effect, I'm going to take his sister and I'm going to cut open her chest and pull out her heart and give it to my Ex. But first I'm going to tell the parents no parent should watch there child die and I'm going to kill them first. Im going to murder his brother- by castrating him. Blood loss

brother- by castrating him. Blood loss will take time but it will happen and when only those three are left; I'm going up to the girl and I'm going to tell her this, it's either you or your brother, and I'm going to put the gun to his head and I'm going to count to ten and when I reach ten he will die. She'll choose herself but I'm not going to simply shoot her, no im going to remove the tape from the boys mouth and tell him she choose herself but I'm not simply going to shoot her, so I'll let you decide on she

to his head and I'm going to count to ten and when I reach ten he will die. She'll choose herself but I'm not going to simply shoot her, no im going to remove the tape from the boys mouth and tell him she choose herself but I'm not simply going to shoot her, so I'll let you decide on she dies, I can either slit her throat or I can cut her fucken heart out and you just watched that happen to her over there. I'm going to cut her throat in front of him and throw her on my ex.

Girl



I'm going to sex traffic him to a gang in Arizona that's going to move him to Mexico. Though people aren't to fancy of trafficking gay people though apparently there is a market. He has blonde hair and blue eyes and he has an ass and well I've had photos of him already so- In fact I've already been in talks so yea.



Ethan

it was him reaching out to me threatening my life my families and friends lives AFTER some promise he made to you.

bc you said it was a month ago.

in the middle close to the beginning and almost the end of november he made threats

in the middle close to the beginning and almost the end of november he made threats

but other than that i understand where you're coming from but stop messaging me about lying to the police.

Okay- and I'm sorry if I'm being a

Subject

  iMessage