IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL LEE KURKOWSKI,<br><br>Defendant. | CASE NO. 3:21-MJ-5031<br><br>MAGISTRATE JUDGE DARRELL A. CLAY<br><br>ORDER |

On February 7, 2022, I conducted the initial appearance of Defendant Michael Lee Kurkowski, who is charged with violating 18 U.S.C. § 875(c) (interstate communication of threat to kidnap or threat to injure). At that time, the United States requested the Court issue a no-contact order regarding the alleged victim, E.K., along with D.F., Nathan LNU, and F.S., and each of their immediate families. Through counsel, Mr. Kurkowski did not object to the United States' request, and confirmed that he knew the identity of E.K., D.F., and F.S. The United States indicated it would provide additional information concerning the identity of Nathan LNU to counsel for Mr. Kurkowski.

Therefore, for good cause shown and in the interest of justice, Michael Lee Kurkowski is to avoid all contact, whether direct or indirect (including, but not limited to, through any third persons, written communication, electronic mail, Internet-based communication, text messaging, or any other form of electronic communication), with any person who is or may be a victim or witness in the investigation or prosecution of this matter, even with their permission. This specifically includes the following persons: E.K., D.F., and F.S. (whose identities are known to Mr. Kurkowski), Nathan LNU (once his identity has been confirmed to counsel for Mr. Kurkowski), and the immediate family members of each of them (collectively, "Named Persons").

If Mr. Kurkowski accidentally comes in contact with any of the Named Persons in any public or private place, then Mr. Kurkowski must depart immediately. This Order includes encounters on public and private roads, highways, and thoroughfares.

**IT IS SO ORDERED.**

Dated: <u>February 7, 2022</u>

_____
DARRELL A. CLAY
UNITED STATES MAGISTRATE JUDGE