LMP
AO 442 (Rev. 11/11) Arrest Warrant

2022R000xx

# UNITED STATES DISTRICT COURT
for the

District of Minnesota

UNITED STATES OF AMERICA

v.

MICHAEL LEE KURKOWSKI

Case No.  22-mj-140 (DTS)

3:22mj5031 NDOH

**FILED**

9:23 am Feb 07 2022

**Clerk U.S. District Court**
**Northern District of Ohio**
**Toledo**

**FILED**

FEB 07 2022

CLERK, U.S. DISTRICT CO
NORTHERN DISTRICT OF Oh..
TOLEDO

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    MICHAEL LEE KURKOWSKI

who is accused of an offense or violation based on the following document filed with the court:

___ Indictment  ____ Superseding Indictment  ____ Information  ____ Superseding Information  _X_ Complaint
____ Probation Violation Petition  ____ Supervised Release Violation Petition  ____ Violation Notice  ____ Order of the Court

Date: February 6, 2022   At 5:34 p.m.

City and State:  Minneapolis, Minnesota

_____
*Issuing officer's signature*

The Honorable David T. Schultz
United States Magistrate Judge
*Printed Name and Title*

| Return |
|---|
| This warrant was received on *(date)* 2/6/2022 , and the person was arrested on *(date)* 2/4/22 at *(city and state)* Toledo, OH . |
| Date:  2/7/22 |

_____
*Arresting officer's signature*

Matthew  Crossman  DUSM
*Printed name and title*